IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE EUGENE WOOD, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-CV-465-WKW |
| | ) [WO] |
| CITY OF MONTGOMERY, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff Freddie Eugene Wood Jr.'s motion for leave of court to file a second amended complaint, filed on November 1, 2021. (Doc. # 52.) Plaintiff seeks leave to amend in order to "streamline the complaint, narrow the issues, and bring the complaint into compliance with" Rules 8(a)(2) and 10(b) of the Federal Rules of Civil Procedure. (Doc. # 52.) No Defendant has filed an objection to the motion. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED. On or before **December 20, 2021**, Plaintiff shall file the Second Amended Complaint and exhibits that are attached to the motion (Docs. # 52-1, 52-2, 52-3), but with a current filing date, per the Middle District of Alabama's Civil Administrative Procedures.[1]

---

[1] Plaintiff also shall delete the two references to "proposed" on page one of the Second Amended Complaint.

It is further ORDERED that Defendants' pending motions to dismiss prior iterations of complaint (Docs. # 9, 11, 21, 30, 34, 36, 46, 51) are DENIED as moot.

It is further ORDERED that Plaintiff's motions to dismiss (Doc. # 48, 49) are DENIED as moot and that Plaintiff's motions to disqualify (Docs. # 17, 18) are DENIED.

This action is REFERRED back to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this 10th day of December, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE