IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE EUGENE WOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-465-WKW |
| ) | |
| DARYL BAILEY, DAVID TIBBS, ) | |
| STAN INGRAM, JOHN JOSEPH ) | |
| GROOS, III, and MICAHEL ) | |
| THOMAS, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that (1) Plaintiff's claims against Defendants Daryl Bailey, John Joseph Groos III, and Michael Thomas are DISMISSED with prejudice, (2) Plaintiff's federal law claims against Defendant David Tibbs are DISMISSED with prejudice, (3) Plaintiff's state law claims against Defendant David Tibbs in his official capacity are DISMISSED with prejudice, (4) Plaintiff's state law claims against Defendant David Tibbs in his individual capacity are DISMISSED without prejudice, (5) summary judgment is ENTERED in favor of Defendant Stan Ingram on Plaintiff's federal law claims, and (6) Plaintiff's state law claims against Defendant Stan Ingram in his individual capacity are DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of September, 2022.

                                            /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE